**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Lizeth Carlota Morales-Aranda**<br>YOB: 1982; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**23-00486MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1: On or about June 27, 2023, at or near Nogales, in the District of Arizona, **Lizeth Carlota Morales-Aranda**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Hidalgo, Texas on September 6, 2006, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

Count 2: On or about June 27, 2023, at or near Nogales, in District of Arizona, **Lizeth Carlota Morales-Aranda**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Lizeth Carlota Morales-Aranda** is a citizen of Mexico. On September 6, 2006, **Lizeth Carlota Morales-Aranda** was lawfully denied admission, excluded, deported and removed from the United States through Hidalgo, Texas. On June 27, 2023, agents found **Lizeth Carlota Morales-Aranda** in the United States at or near Nogales, Arizona without the proper immigration documents. **Lizeth Carlota Morales-Aranda** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Lizeth Carlota Morales-Aranda** admitted to illegally entering the United States of America from Mexico on or about June 27, 2023, at or near Nogales, Arizona at a time or place other than as designated by immigration officials.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*<br><br>Sworn by telephone  x | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Lucas Hartsell<br>Border Patrol Agent |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE [1] | DATE<br>June 28, 2023 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing SAUSA: Solis